UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY McCLELLAN, | No. C 09-526 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| BEN CURRY; et al., | |
| Defendants. | |

This action therefore is dismissed without prejudice to plaintiff filing a new action after he exhausts his administrative remedies.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 28, 2009

SUSAN ILLSTON
United States District Judge